IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| JOSHUA THOMAS BAKER | § | CASE NO: 05-95341 |
| Debtor. | § | CASE NO: 05-95576 |
| | § | |
| | § | CHAPTER 13 |

### MEMORANDUM OPINION REGARDING CIVIL CONTEMPT

Joshua Thomas Baker filed Case No. 05-95341 on December 5, 2005, and Case No. 05-95576 on December 30, 2005.

This Court entered an order on January 10, 2006, directing Mr. Baker to appear at a hearing scheduled for February 13, 2006 at 10:30 a.m. The last paragraph of the order notified Mr. Baker that his failure to appear at the February 13, 2006 hearing would result in the issuance of a warrant for his arrest. Notice of the hearing was mailed to Mr. Baker at Mr. Baker's address of record: 4015 Westermill Dr., Houston, TX 77082-4092. Mr. Baker failed to appear at the February 13, 2006 hearing.

The Court orders the Clerk to serve a copy of this Memorandum Opinion and the related Arrest Warrant for Civil Contempt to the United States Marshals Service. The United States Marshals Service is directed to arrest and produce Mr. Baker before this Court.

SIGNED 02/13/2006.

MARVIN ISGUR
United States Bankruptcy Judge

1 / 1